THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 David L.
 Peeler, Appellant,
 
 
 
 
 

v.

 
 
 
 
 Town of Cowpens, Respondent.
 
 
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2010-UP-334
 Submitted June 1, 2010  Filed June 29,
2010    

AFFIRMED

 
 
 
 William Jeffrey McGurk, of Spartanburg,
 for Appellant.
 Walter McElhaney White, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM: David L. Peeler appeals the trial court's grant of a new
 trial pursuant to the thirteenth juror doctrine.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Folkens v. Hunt,
 300 S.C. 251, 254-55, 387 S.E.2d 265, 267 (1990) ("A
 trial [court's] order granting or denying a new trial upon the facts will not
 be disturbed unless his decision is wholly unsupported by
 the evidence, or the conclusion reached was controlled by an error of
 law."); Watson v. Town of Pendleton, 294 S.C. 155, 157-58, 363
 S.E.2d 234, 234-35 (Ct. App. 1987) (affirming the trial court's grant of a
 new trial pursuant to the thirteenth juror doctrine when the uncontested
 evidence at trial indicated the value of the condemned property was $37,350 and
 the jury returned a verdict of  $0).
AFFIRMED.
FEW, C.J., THOMAS, and
 PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.